```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 19225
   CHARLENE A WEST
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

           Debtor
    SSN XXX-XX-7057


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

    1.   The case was filed on 05/13/05 and confirmed on 08/25/05.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  28852.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 4187.18 | .00 | 4187.18 |
| SMC | UNSECURED | 644.68 | .00 | 644.68 |
| WORLD FINANCIAL NETWORK | UNSECURED | 416.26 | .00 | 416.26 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1490.23 | .00 | 1490.23 |
| DISCOVER BANK | UNSECURED | 14699.20 | .00 | 14699.20 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 331.56 | .00 | 331.56 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 659.42 | .00 | 659.42 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 740.21 | .00 | 740.21 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2058.07 | .00 | 2058.07 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 148.56 | .00 | 148.56 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 25375.37 | .00 | 25375.37 |
| PRINCIPAL PAID | .00 | .00 | 25375.37 | .00 | 25375.37 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 25375.37 | .00 | 25375.37 |

```
The Debtor's attorney, COSTELLO & COSTELLO            , was allowed $   2687.08
and was paid $   1006.00  direct and $   1681.08  through the plan.

The Trustee received $    1233.87 .
```

Refunds to the Debtor totaled $    561.68 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/18/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE